```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|           Plaintiff,                ) | |
|                                     ) |        4:07CR3101 |
|      v.                             ) | |
|                                     ) | |
| HOWARD W. WILLIAM,                  ) | |
|                                     ) |   MEMORANDUM AND ORDER |
|           Defendant.                ) | |
|                                     ) | |

Defendant has moved for release to Williams Prepared Place, a treatment facility. However, the court has been informed there is pending against him a detainer placed by Cass County, Nebraska, because defendant was sentenced to one year imprisonment on September 11, 2007. As there is no likelihood the defendant would be able to gain release, the motion must be denied.

     IT THEREFORE HEREBY IS ORDERED,

     Defendant's motion for release, filing 18, is denied.

     DATED this 17th day of September, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge